1  PHILLIP A. TALBERT
   United States Attorney
2  ROSS PEARSON
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for Plaintiff
6  United States of America

7

8  David A. Torres
   Law Office of David Torres
9  1318 K Street
   Bakersfield, CA 93301
10 661-326-0857
   Fax: 661-326-0936
11 Email: dtorres@lawtorres.com

12 Attorney for Defendant
   NOHEMI LUNA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:17-cr-00024-LJO-SKO |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | Date: June 5, 2017 |
| NOHEMI LUNA, | Time: 1:00 p.m. |
| | Judge: Hon. Sheila K. Oberto |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the status conference hearing in the above-captioned matter now set for May 1, 2017, may be continued until June 5, 2017, at 1:00 p.m., before the Honorable Sheila K. Oberto.

Defense counsel requires additional time to review discovery in this matter and speak with Ms. Luna. Also, the parties are currently engaged in plea negotiations, and they believe that

additional time would allow them to resolve the case with a plea.

The requested continuance is with the intention of conserving time and resources for both parties and the court. The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, defense investigation, and plea negotiation purposes pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

DATED: April 26, 2017    By: /s/ *Ross Pearson*
ROSS PEARSON
Assistant United States Attorney
Attorney for Plaintiff

DATED: April 26, 2017    By: /s/ *David A. Torres*
DAVID A. TORRES
Attorney for Defendant
NOHEMI LUNA

## **O R D E R**

IT IS SO ORDERED.

Dated: **April 27, 2017**       **/s/ *Sheila K. Oberto***
UNITED STATES MAGISTRATE JUDGE