**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
NOHEMI LUNA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:17-CR-00024 LJO-SKO |
| Plaintiff, | **DEFENDANTS REQUEST AND WAIVER OF APPEARANCE** |
| vs. | |
| NOHEMI LUNA, | |
| Defendant | |

Defendant, NOHEMI LUNA, hereby waives her appearance in person in open court upon the status conference set for June 5, 2017 in Courtroom 7 of the above entitle court. Defendant hereby requests the court to proceed in her absence and agrees that her interest will be deemed represented at said hearing by the presence of her attorney, DAVID A. TORRES. Defendant further agrees to be present in person in court at all future hearing dates set by the court including the dates for jury trial.

Date: 6/1/17                                                                                   */s/Nohemi Luna*
                                                                                                        NOHEMI LUNA


Date: 6/1/17                                                                                   */s/David A. Torres*
                                                                                                        DAVID A. TORRES
                                                                                                        Attorney for Defendant

Summary of Pleading - 1

**ORDER**

**IT IS HEREBY ORDERED** that defendant NOHEMI LUNA is excused from appearing at the status conference set for June 5, 2017.

IT IS SO ORDERED.

Dated: **June 1, 2017**         /s/ *Sheila K. Oberto*
                               UNITED STATES MAGISTRATE JUDGE