**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
NOHEMI LUNA

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NOHEMI LUNA ,<br><br>Defendant | Case No.: 1:17-CR-00024 LJO-SKO<br><br>**STIPULATION AND ORDER TO CONTINUE THE SENTENCING DATE** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE LAWRENCE J. O'NEILL AND ROSS PEARSON, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, NOHEMI LUNA, by and through her attorney of record, DAVID A. TORRES hereby requesting that the sentencing hearing currently set for Monday, November 13, 2017 be continued to Monday, December 4, 2017.

Defense counsel has been in the process of preparing a sentencing statement on behalf of Ms. Luna. I have requested supporting documentation to submit with her sentencing statement but have not yet received such documentation. I have spoken to AUSA Ross Reason and he has no objection to continuing the sentencing to December 4, 2017.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: 11/7/17 /s/ David A Torres
DAVID A. TORRES
Attorney for Defendant
NOHEMI LUNA


DATED: 11/9/17 /s/Ross Pearson
ROSS PEARSON
Assistant U.S. Attorney

## ORDER

The sentencing hearing is continued to December 4, 2017 at 9:30 a.m..

IT IS SO ORDERED.

Dated: **November 9, 2017**     /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE