**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: dtorres@lawtorres.com

Attorney for:
NOHEMI LUNA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>NOHEMI LUNA,<br><br>    Defendant | Case No.: 1:17-cr-0024 LJO-SKO<br><br>**ORDER RECONVEYING PROPERTY** |

Upon request of the defendant, and good cause appearing,

**IT IS HEREBY** ORDERED that the property bond below posted as collateral be exonerated:

| | |
|---|---|
| APN: | 152-483-017-9 |
| Deed: | 2017-0078025 |
| Date of Deed: | 08/01/2007 |
| Name of Trustor: | Jose Baca and Nohemi Luna |
| Payment Amount: | Full Equity |

IT IS SO ORDERED.

Dated:   **September 26, 2023**

UNITED STATES MAGISTRATE JUDGE