**TORRES | TORRES STALLINGS**
**A LAW CORPORATION**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: dtorres@lawtorres.com

Attorney for:
NOHEMI LUNA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>NOHEMI LUNA,<br><br>     Defendant | ) Case No.: 1:17-CR-00024 LJO-SKO<br>)<br>) **REQUEST TO RECONVEY REAL**<br>) **PROPERTY**<br>)<br>)<br>)<br>)<br>)<br>) |

COMES NOW defendant, NOHEMI LUNA, by and through her counsel, David A. Torres, hereby requests that bond be exonerated in this matter and that real property posted as security for bail be reconveyed.

The following property was posted as security for bail for the full property bond at the Recorders Office of the County of Los Angeles, State of California:

```
APN:              152-483-017-9
Deed:             2017-0078025
Date of Deed:     02/16/2017
Name of Trustor:  Jose Baca and Nohemi Luna
Payment Amount:   Full Equity
```

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration is executed on July 25, 2024, at Bakersfield, California.

                              Respectfully Submitted,

DATED: July 25, 2024                    */s/ David A Torres*
                                              DAVID A. TORRES
                                              Attorney for Defendant
                                              NOHEMI LUNA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>NOHEMI LUNA,<br><br>　　　　　Defendant | ) Case No.: 1:17-cr-0024 LJO-SKO<br>)<br>)<br>) **ORDER RECONVEYING PROPERTY**<br>)<br>)<br>)<br>)<br>)<br>) |

Upon request of the defendant, and good cause appearing,

**IT IS HEREBY** ORDERED that the property bond below posted as collateral be exonerated:

　　APN:　　　　　　　152-483-017-9
　　Deed:　　　　　　 2017-0078025
　　Date of Deed:　　　02/16/2017
　　Name of Trustor:　 Jose Baca and Nohemi Luna
　　Payment Amount:　Full Equity

IT IS SO ORDERED.

Dated:　**July 25, 2024**　　　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE