**TORRES | TORRES STALLINGS**
**A LAW CORPORATION**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: dtorres@lawtorres.com

Attorney for:
NOHEMI LUNA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 1:17-CR-00024 LJO-SKO |
| | ) |
| Plaintiff, | ) **REQUEST TO RECONVEY REAL** |
| | ) **PROPERTY** |
| vs. | ) |
| | ) |
| NOHEMI LUNA, | ) |
| | ) |
| Defendant | ) |

COMES NOW defendant, NOHEMI LUNA, by and through her counsel, David A.

Torres, hereby requests that bond be exonerated in this matter and that real property posted as

security for bail be reconveyed.

The following property was posted as security for bail for the full property bond at the

Recorders Office of the County of Los Angeles, State of California:

        APN:             6205-23-1
        Deed:            2017-0223234
        Name of Trustor:  Elias and Obdulia Luna
        Payment Amount:  Full Equity

1    I declare under penalty of perjury that the foregoing is true and correct, and that this

2    declaration is executed on December 30, 2021, at Bakersfield, California.

3

4                                                              Respectfully Submitted,

5    DATED: December 30, 2021                    */s/ David A Torres*
                                                            DAVID A. TORRES
6                                                           Attorney for Defendant
                                                            NOHEMI LUNA
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: dtorres@lawtorres.com

Attorney for:
NOEHMI LUNA

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 1:17-CR-0024 LJO-SKO |
| | ) |
| Plaintiff, | ) **ORDER RECONVEYING PROPERTY** |
| | ) |
| vs. | ) |
| | ) |
| NOHEMI LUNA, | ) |
| | ) |
| Defendant | ) |

        Upon request of the defendant, and good cause appearing,

        **IT IS HEREBY** ORDERED that the property bond below posted as collateral be

exonerated:

        APN:                   6205-23-1
        Deed:                  2017-0223234
        Name of Trustor:       Elias and Obdulia Luna
        Payment Amount:        Full Equity

DATED:   8/1/2024          _Sheila K. Oberto_
                           UNITED STATES MAGISTRATE JUDGE